AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

United States of America
v.

EL MAHDI KOUTABI

*Defendant(s)*

Case No. 26-mj-121

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 27, 2026 in the parish of Plaquemines in the Eastern District of Louisiana, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 33 U.S.C. § 2199 | Stowaway on a vessel |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

/s/ Anthony Hickman
*Complainant's signature*

Anthony Hickman, Enforcement Officer, CBP
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9/29/26

*Judge's signature*

City and state: New Orleans, Louisiana

Hon. Karen Wells Roby, U.S. Magistrate Judge
*Printed name and title*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CASE NO. 26-mj-121** |
| **v.** | * | **SECTION: DUTY MAG** |
| **EL MAHDI KOUTABI** | * | |
| | * | |

* * *

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Anthony Hickman, being duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. Affiant, Anthony Hickman, a U.S. Customs and Border Protection (CBP) Enforcement Officer with the Department of Homeland Security, New Orleans, Louisiana, being duly sworn, states the following:

2. I am a U.S. Customs and Border Protection Enforcement Officer with the Department of Homeland Security, assigned to investigate Immigration Law violations and Criminal Laws of the United States at the Luis Armstrong International Airport, New Orleans, Louisiana. As an Enforcement Officer my duties and responsibilities include the enforcement of the Immigration and Nationality Act (INA). Furthermore, as an Enforcement Officer I am assigned to conduct investigations of criminal violations of the immigration laws of the United States, including violations of Title 8 and Title 18 of the United States Code, and to ensure the removal of those aliens that have been found to be in the United States in violation of the immigration laws.

3. This affidavit is submitted in support of a criminal complaint charging **EL MAHDI KOUTABI** with violating 18 U.S.C. § 2199, Stowaway on a Vessel.

4. Based upon my involvement in this investigation and my review of reports and information provided to me by witnesses and other official sources, I am familiar with the facts and circumstances of this investigation. Because this affidavit is being submitted for the limited purpose of filing a criminal complaint, I have set forth only the facts which I believe are necessary to establish probable cause.

**PROBABLE CAUSE**

5. On September 21, 2026, CBP New Orleans received information that **EL MAHDI KOUTABI ("KOUTABI")**, a citizen of Morocco, was discovered by crew members of the Motor Vessel (M/V) Unity Moon hiding beneath Cargo Crane number 4 as a stowaway aboard the vessel.

6. On September 10, 2026, the M/V Unity Moon departed from Jorf Lasfar, Morocco destined to Gramercy, Louisiana.

7. On September 21, 2026, **KOUTABI** was found hiding on board the M/V Unity Moon.

8. **KOUTABI** did not have authorization to board the M/V Unity Moon, and he boarded the same with the intent of obtaining transportation from Morocco..

9. On September 27, 2026, **KOUTABI** arrived at the Boothville Anchorage in Venice, Louisiana aboard the M/V Unity Moon.

10. On September 27, 2026, **KOUTABI** was taken to the U.S. Customs and Border Protection Office at the Louis Armstrong International Airport to be processed for repatriation to his home country of Morocco.

11. During this process, and after being informed of his rights and interviewed with an interpreter, **KOUTABI** admitted that he hid aboard the vessel without the consent of the Owner, consignee or master with the intent of obtaining transportation from Morocco.

12. **KOUTABI** also stated that this was his fourth time obtaining transportation aboard a vessel without consent or authorization.

## CONCLUSION

13. Based on the aforementioned facts, Your Affiant submits there is probable cause to believe that **EL MAHDI KOUTABI** is an alien who is a stowaway in violation of Title 18, United States Code, Section 2199. Your Affiant also prays that the Court will issue an arrest warrant for **EL MAHDI KOUTABI**.

Respectfully submitted,

*/s/ Anthony Hickman*_________________
Anthony Hickman
Enforcement Officer
Customs and Border Protection
Department of Homeland Security

Pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3), the undersigned judicial officer has on this date considered the information communicated by reliable electronic means in considering whether a complaint, warrant, or summons will issue. In doing so, I have placed the affiant under oath, and the affiant has confirmed that the signatures on the complaint, warrant, or summons and affidavit are those of the affiant, that the document received by me is a correct and complete copy of the document submitted by the affiant, and that the information contained in the complaint, warrant, or summons and affidavit is true and correct to the best of the affiant's knowledge.

Subscribed to and sworn before me,
This 29th day of September, 2026.
New Orleans, Louisiana.

HONORABLE KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE